No. 25-1611

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————————————

KRISTI NOEM, et al.,

*Plaintiff-Appellants*,

v.

MADAN B K, et al.,

*Defendants-Appellees.*

———————————————

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:25-CV-00419

———————————————

**MOTION FOR A STAY OF BRIEFING DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

———————————————

TIMOTHY VERHEY
*United States Attorney*

CAROLYN A. ALMASSIAN
*Assistant United States Attorney*
330 Ionia Ave. NW, Suite 501
Grand Rapids, Michigan 49503
(616) 456-2404

## MOTION FOR A STAY OF BRIEFING DEADLINES
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of briefing deadlines in the above-captioned case.

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2.     Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of the briefing deadlines until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the

Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the briefing deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: October 22, 2025

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
The Law Building
330 Ionia Ave., NW, Ste. 501
Grand Rapids, Michigan 49503
(616) 456-2404
Carolyn.Almassian@usdoj.gov
Attorney for Appellants